UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>MR. CHRISTMAS INCORPORATED,<br><br>      Defendant. | Civil Action No. 1:20-cv-05984-NGG-RER<br><br>ECF Case<br><br>STIPULATION OF DIMSISSAL WITH PREJUDICE |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

   **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated:  April      19, 2021

| | |
|---|---|
| LAW OFFICE OF JUSTIN A. ZELLER, P.C. | SILLS CUMMIS & GROSS P.C. |
| By:_____<br>Justin A. Zeller, Esq.<br>277 Broadway, Suite 408<br>New York, New York 10007<br>Tel:  (212) 229-2249<br>E-mail:  jazeller@zellerlegal.com | By:_____<br>Jordan B. Pace<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Tel:  (973) 643-7000<br>E-mail:  jpace@sillscummis.com |
| *Attorneys for Plaintiff Eugene Duncan* | *Attorneys for Defendant Mr. Christmas Incorporated* |

7911983 v2