UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EUGENE DUNCAN, on behalf of herself and all others similarly situated,

            Plaintiffs,

v.

MR. CHRISTMAS INCORPORATED,

            Defendant.

Civil Action No. 1:20-cv-05984-NGG-RER

ECF Case

STIPULATION OF DIMSISSAL WITH PREJUDICE

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated:  April  19, 2021

| LAW OFFICE OF JUSTIN A. ZELLER, P.C. | SILLS CUMMIS & GROSS P.C. |
|---|---|
| By: _/s/ Justin Zeller_____ | By: _/s/ Jordan Pace_____ |
| Justin A. Zeller, Esq. | Jordan E. Pace |
| 277 Broadway, Suite 408 | One Riverfront Plaza |
| New York, New York 10007 | Newark, New Jersey 07102 |
| Tel:  (212) 229-2249 | Tel:  (973) 643-7000 |
| E-mail:  jazeller@zellerlegal.com | E-mail:  jpace@sillscummis.com |
| *Attorneys for Plaintiff Eugene Duncan* | *Attorneys for Defendant Mr. Christmas Incorporated* |

7911983 v2

---

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** April 20, 2021